UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAY KRISHAN,                                             No. C 06-5305 JSW (PR)

        Petitioner,

   v.                                                              **ORDER OF DISMISSAL**

DERRAL ADAMS, Warden,

        Respondent.
                                          /

     Petitioner, a prisoner of the State of California, has filed a pro se petition for a writ of habeas corpus. On February 9, 2007, the Court dismissed the petition due to certain deficiencies, but granted Petitioner thirty days in which to file an amended petition. The court notified Petitioner that failure to amend by the designated time would result in a dismissal of the case. Petitioner has not filed any amendment. Accordingly, this case is DISMISSED without prejudice for failure to comply with the Court's order and failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b). The Clerk shall close the file and enter judgment.

     IT IS SO ORDERED.

DATED: April 10, 2007

                                                     JEFFREY S. WHITE
                                                     United States District Judge